THE STATE OF OHIO, APPELLANT, *v.* SUTTON, APPELLEE.

[Cite as *State v. Sutton,* 104 Ohio St.3d 264, 2004-Ohio-6558.]

(No. 2004–0973—Submitted November 30, 2004—Decided December 15, 2004.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Gapen,* 104 Ohio St.3d 358, 2004-Ohio-6548, 819 N.E.2d 1047.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

---

Julia R. Bates, Lucas County Prosecuting Attorney, and Eric A. Baum, Assistant Prosecuting Attorney, for appellant.

Jack P. Viren Jr., for appellee.